FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 NOV -9 PM 2:39
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DERIUS M. ROBINSON,

    Plaintiff,

v.

CHATHAM COUNTY DETENTION
CENTER; RING, CO, Chatham
County Detention Center; and
A. NEVELS, Sgt., Chatham
County Detention Center,

    Defendants.

CASE NO. CV418-192

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 5.) After careful review, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 9th day of November 2018.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA